UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAFAEL PINEDA : CA 04 330 T

vs. : C.A. No.

JOHN ASHCROFT, in his capacity as ATTORNEY :
GENERAL of the UNITED STATES OF AMERICA :

**PETITION FOR RELIEF UNDER 28 U.S.C. § 2255**

1. Now comes the petitioner, Rafael Pineda, and hereby files this petition under the provisions of 28 U.S.C. § 2255.

2. In further support of this petition, your petitioner states the following:

a) That the petitioner was charged in CR No. 91-0126 - 01 T with violations of 21 U.S.C., in particular, in Count One with a violation of 21 U.S.C. § 841(a)(1) , Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and, in Count Two, with Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)C) and 18 U.S.C. § 2.

b) The petitioner entered a guilty plea in CR No. 91-0126- 01 T and was sentenced on May 22, 1992 to a term of 41 months imprisonment on Counts One and Two, to be served concurrently.

c) During the time that CR No. 91-0126 - 01 T was pending, the petitioner was represented by counsel, who was unfit by reason of the fact that counsel was suffering from severe mental disabilities that prevented him from acting as counsel in an effective manner within the meaning of the the 6th Amendment to the United States Constitution.

d) The petitioner's counsel was ineffective in terms of advising the defendant in that counsel's advice fell below the standard expected of counsel and, in addition, the petitioner was prejudiced by his counsel's ineffectiveness.

e) During the time that he represented the petitioner, counsel was suspended by both the Rhode Island Supreme Court and the Supreme Judicial Court of the Commonwealth of Massachusetts.

WHEREFORE, the petitioner prays that this Honorable Court order the following:

1. That, after a hearing, the Court order that the petitioner's conviction in the case of CR 91-0126-0 1 T be vacated;

2. That, after a hearing, the Court order that the petitioner's sentence in the case of CR 91-0126-01 T be vacated;

3. That this Court grant such other and further relief as may be deemed appropriate under the circumstances.

RAFAEL PINEDA,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

Dated: July 30, 2004