UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAFAEL PINEDA

v. C.A. No. 04-330-T

JOHN ASHCROFT, in his capacity as ATTORNEY GENERAL of the UNITED STATES OF AMERICA

**ORDER**

It is hereby ordered that on or before September 15, 2004, the United States Attorney shall file an answer to the petitioner's § 2255 motion.

By Order,

Dana Fernandes
Deputy Clerk

ENTER:

Ernest C. Torres
Ernest C. Torres
United States District Judge

Date: August 15 , 2004

2